The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



Russ Kendig
United States Bankruptcy Judge

Dated: 10:02 AM September 7, 2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| In re:                          | Chapter 11          |
|---------------------------------|---------------------|
| Appalachian Basin Capital LLC,  | Case No. 22-60052   |
| Debtor.                         | Judge Russ Kendig   |

## ORDER SCHEDULING STATUS CONFERENCE HEARING

| Anthony J. DeGirolamo for | Appalachian Basin Capital, LLC, Debtor |
| Anne Piero Silagy for | Loretta Beule, Movant/interested party |
| Scott R. Belhorn for | United States Trustee, Movant |
| M. Colette Gibbons for | M. Colette Gibbons, Subchapter V Trustee |

The terms "counsel" and "parties," as used in this Order, include the case attorney, any other

attorney designated or authorized to appear in this adversary proceeding, and any individual appearing *pro se*. Based upon the matters discussed during the initial pretrial hearing,

**IT IS HEREBY ORDERED THAT:**

1. <u>Status Conference Hearing Date</u>. A status conference hearing will be held on **Monday, October 3, 2022 at 10:00 A.M.** The status conference hearing will take place virtually via video conference using the Zoom® Video Communications application. Parties are directed to consult Judge Patton's *Procedures for Video Conference Hearings via Zoom® Video Communications Memorandum* for video conference hearing procedures. Parties shall be prepared to set a schedule for the *Motion to Dismiss Case Filed by Interested Party Loretta Beule* (Docket No. 53) filed by Loretta Beule; *Motion to Dismiss Case and Deny Confirmation of Debtor's Chapter 11 Plan* (Docket No. 95) filed by the United States Trustee; and *Objection to Confirmation of Debtor's Amended* Plan (Docket No. 129) filed by Loretta Beule <u>and</u> discuss the status of this proceeding.

2. This Order shall not be modified except by leave of Court upon good cause shown. Failure to comply with this Order and the rules governing this matter may result in dismissal of the action, default judgment, assessment of costs and attorney's fees, and/or other sanctions the Court may deem appropriate under the circumstances pursuant to Civil Rule 37, incorporated and made applicable to this proceeding by Bankruptcy Rule 7037. <u>See</u>, <u>e.g.</u>, <u>National Hockey League v. Metropolitan Hockey Club, Inc.</u>, 427 U.S. 639, 641-43 (1976); <u>Link v. Wabash R. Co.</u>, 370 U.S. 626, 633–34 (1962); <u>Taylor v. Medtronics, Inc.</u>, 861 F.2d 980, 986-87 (6th Cir. 1988).

3. Parties may contact Judge Patton's courtroom deputy, Brandon Pasvanis (<u>brandon_pasvanis@ohnb.uscourts.gov</u> or (330) 742-0950)), for all matters regarding scheduling

on or after October 1, 2022. Prior to October 1, 2022, they shall contact Judge Kendig's courtroom deputy, Anita Pribula, at (330) 458-2478.

It is so ordered.

# # #

**Service List:**

Anthony J. DeGirolamo
3930 Fulton Drive NW, Suite 100B
Canton, OH 44718

Anne Piero Silagy
1225 S. Main St., Suite 1
N. Canton, OH 44720

M. Colette Colette Gibbons
McDonald Hopkins LLC
Fifth Third Center
600 Superior Avenue East
Suite 2100
Cleveland, OH 44114

Scott R. Belhorn
Office of the U.S. Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Avenue East Suite 441
Cleveland, OH 44114