United States Bankruptcy Court
Northern District of Ohio

In re:  Case No. 22-60052-rk
Appalachian Basin Capital LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-6     User: vwaym     Page 1 of 2
Date Rcvd: Sep 07, 2022     Form ID: pdf755     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Appalachian Basin Capital LLC, 213 Market Ave N Ste 240, Canton, OH 44702-1440 |
| cr | + | Consumers National Bank, Black McCuskey, c/o Chrysanthe Vassiles, 220 Market Ave S., Suite 1000, Canton, OH 44702-2116 |
| intp | | Loretta Beule, c/o Anne Piero Silagy Law Firm, 1225 S MAIN ST STE 1, NORTH CANTON, OH 447204247 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| acc | + | Email/Text: russ.phillipsjr@phillipsorg.com | Sep 07 2022 20:41:00 | The Phillips Organization, 3924 Cleveland Avenue NW, Canton, OH 44709-2387 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | David Beule |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2022 at the address(es) listed below:

**Name**     **Email Address**

Andy A. Ginella
    on behalf of Interested Party David Beule andy@ginellalaw.com a.ginellalaw@gmail.com

Anne Piero Silagy, Esq.

on behalf of Interested Party Loretta Beule asilagycourt@neo.rr.com asilagy@ecf.axosfs.com

Anthony J. DeGirolamo
on behalf of Debtor Appalachian Basin Capital LLC tony@ajdlaw7-11.com amber@ajdlaw7-11.com;G23630@notify.cincompass.com

Anthony J. DeGirolamo, Trustee - Canton
on behalf of Debtor Appalachian Basin Capital LLC tony@ajdlaw7-11.com amber@ajdlaw7-11.com;ad@trustesolutions.com;AD07@trustesolutions.net

Chrysanthe E. Vassiles
on behalf of Creditor Consumers National Bank cvassiles@bmsa.com cvassiles@ecf.courtdrive.com

M. Colette Gibbons
Cgibbons@mcdonaldhopkins.com
bkfilings@mcdonaldhopkins.com;mhdocket@mcdonaldhopkins.com;cmcg11@trustesolutions.net

M. Colette Colette Gibbons
on behalf of Trustee M. Colette Gibbons cgibbons@mcdonaldhopkins.com bkfilings@mcdonaldhopkins.com;mhdocket@mcdonaldhopkins.com

Scott R. Belhorn ust35
on behalf of U.S. Trustee United States Trustee Scott.R.Belhorn@usdoj.gov

Todd S. Bundy
on behalf of Creditor Consumers National Bank tbundy@bmsa.com

TOTAL: 9

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



Russ Kendig
United States Bankruptcy Judge

**Dated: 10:02 AM September 7, 2022**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| In re:                          | Chapter 11              |
|---------------------------------|-------------------------|
| Appalachian Basin Capital LLC,  | Case No. 22-60052       |
|                        Debtor.  | Judge Russ Kendig       |

## ORDER SCHEDULING STATUS CONFERENCE HEARING

| Anthony J. DeGirolamo for | Appalachian Basin Capital, LLC, Debtor |
| Anne Piero Silagy for     | Loretta Beule, Movant/interested party |
| Scott R. Belhorn for      | United States Trustee, Movant |
| M. Colette Gibbons for    | M. Colette Gibbons, Subchapter V Trustee |

The terms "counsel" and "parties," as used in this Order, include the case attorney, any other

attorney designated or authorized to appear in this adversary proceeding, and any individual appearing *pro se*. Based upon the matters discussed during the initial pretrial hearing,

**IT IS HEREBY ORDERED THAT:**

1. <u>Status Conference Hearing Date</u>. A status conference hearing will be held on **Monday, October 3, 2022 at 10:00 A.M.** The status conference hearing will take place virtually via video conference using the Zoom® Video Communications application. Parties are directed to consult Judge Patton's *Procedures for Video Conference Hearings via Zoom® Video Communications Memorandum* for video conference hearing procedures. Parties shall be prepared to set a schedule for the *Motion to Dismiss Case Filed by Interested Party Loretta Beule* (Docket No. 53) filed by Loretta Beule; *Motion to Dismiss Case and Deny Confirmation of Debtor's Chapter 11 Plan* (Docket No. 95) filed by the United States Trustee; and *Objection to Confirmation of Debtor's Amended* Plan (Docket No. 129) filed by Loretta Beule <u>and</u> discuss the status of this proceeding.

2. This Order shall not be modified except by leave of Court upon good cause shown. Failure to comply with this Order and the rules governing this matter may result in dismissal of the action, default judgment, assessment of costs and attorney's fees, and/or other sanctions the Court may deem appropriate under the circumstances pursuant to Civil Rule 37, incorporated and made applicable to this proceeding by Bankruptcy Rule 7037. <u>See</u>, *e.g.*, <u>National Hockey League v. Metropolitan Hockey Club, Inc.</u>, 427 U.S. 639, 641-43 (1976); <u>Link v. Wabash R. Co.</u>, 370 U.S. 626, 633–34 (1962); <u>Taylor v. Medtronics, Inc.</u>, 861 F.2d 980, 986-87 (6th Cir. 1988).

3. Parties may contact Judge Patton's courtroom deputy, Brandon Pasvanis (<u>brandon_pasvanis@ohnb.uscourts.gov</u> or (330) 742-0950)), for all matters regarding scheduling

on or after October 1, 2022. Prior to October 1, 2022, they shall contact Judge Kendig's courtroom deputy, Anita Pribula, at (330) 458-2478.

It is so ordered.

# # #

**Service List:**

Anthony J. DeGirolamo
3930 Fulton Drive NW, Suite 100B
Canton, OH 44718

Anne Piero Silagy
1225 S. Main St., Suite 1
N. Canton, OH 44720

M. Colette Colette Gibbons
McDonald Hopkins LLC
Fifth Third Center
600 Superior Avenue East
Suite 2100
Cleveland, OH 44114

Scott R. Belhorn
Office of the U.S. Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Avenue East Suite 441
Cleveland, OH 44114